**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 29, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2009, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.

**Manuel STEPHENS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 29, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2009, the order of the Commonwealth Court is AFFIRMED.